STATE OF NEW JERSEY v. HORACE DANIEL WRIGHT

December 15, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH W. FOSTER

December 15, 1970. Petition for certification denied.

CREAM-O-LAND DAIRY v.
MILK DRIVERS AND DAIRY EMPLOYEES, LOCAL 680

December 15, 1970. Petition for certification denied. (See 111 *N. J. Super.* 578).

DAN CARBONE, *ET AL*, v.
CORTLANDT REALTY CORP., *ET AL*

December 15, 1970. Petition for certification granted.

JOHN P. CAMPBELL v. THOMAS STAGNITTI, *ET AL*

December 15, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. MARY ANN TURSKI, *ET AL*

December 15, 1970. Petition for certification denied.